# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2016

## NO. 03-16-00019-CV

**Empower Texans, Inc. and Michael Quinn Sullivan, Appellants**

**v.**

**The State of Texas Ethics Commission; Natalia Luna Ashley, in her Capacity as Executive Director of the Texas Ethics Commission; Tom Ramsay, Individually and in his Capacity as Commissioner; Steven P. Wolens, Individually and in his Capacity as Commissioner; Hugh C. Akin, Individually and in his Capacity as Commissioner; James T. Clancy, Individually and in his Capacity as Commissioner; Wilhelmina R. Delco, Individually and in her Capacity as Commissioner; Mary K. Kennedy, Individually and in her Capacity as Commissioner; Chad M. Craycraft, Individually and in his Capacity as Commissioner; and Charles G. Untermeyer, Individually and in his Capacity as Commissioner, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on December 29, 2015. The Court has concluded that it lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.